**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7539

_____

HAROLD JEROME THORNTON,

                    Plaintiff - Appellant,

          v.

TERRY O'BRIEN, Warden; BRINSON, Lieutenant, Agent formerly
known as Brenson; J. SQUIRES, Officer, Agent formerly known
as John Doe #1; A. CRAWFORD, Counselor, Agent formerly
known as John Doe #2,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:12-cv-00074-FPS-JSK)

_____

Submitted:  December 19, 2013       Decided:  December 24, 2013

_____

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Harold Jerome Thornton, Appellant Pro Se.  Jarod James Douglas,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Jerome Thornton appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thornton v. O'Brien, No. 5:12-cv-00074-FPS-JSK (N.D.W. Va. Aug. 21, 2013). We deny Thornton's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED